COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
(337) 433-9403

## NOT  DESIGNATED  FOR  PUBLICATION

Timothy H. Queen
Calcasieu Correctional Center DOC No. 54443
5410 E. Broad Street
Lake Charles LA 70615

**REHEARING ACTION: August 5, 2015**

**Docket Number: 15   00485-KH**

**STATE OF LOUISIANA
VERSUS
TIMOTHY H. QUEEN**

**Writ Application from Calcasieu Parish Case No. 6736-09**

**BEFORE JUDGES:**

    **Hon. Jimmie C. Peters
Hon. James T. Genovese
Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the ruling for the

application for rehearing filed by **Timothy H. Queen** is:

    **REHEARING DENIED.**  Uniform Rules—Courts of Appeal, Rule 2-18.7.

cc: John Foster DeRosier, Counsel for  the Respondent